1042

THE STATE OF WASHINGTON, *Respondent*, v. SHANE ALLAN CUMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 09-1-00030-6, David Frazier, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28364-0-III. Division Three. November 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN KENDRICK DESHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00134-4, Cameron Mitchell, J., entered July 8, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 28380-1-III. Division Three. November 16, 2010.]

*In the Matter of the Parentage of* L.M.S.

BONNIE J. DIAL, *Appellant*, v. JOEL R. SEXTON, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-5-00103-1, John D. Knodell III, J., entered July 22, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 28483-2-III; 28500-6-III. Division Three. November 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME CURRY, *Appellant*.

*In the Matter of the Personal Restraint of* JEROME CURRY, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-01108-8, Jerome J. Leveque, J., entered September 14, 2009, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded* and petition *denied* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.